UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DPG MEDIA BV, a foreign entity,
COPYTRACK GMBH, a foreign
entity, and PRO SHOTS PHOTO
AGENCY BV, a foreign entity,

    Plaintiffs,

v.

    Case No. 3:23-cv-83-BJD-PDB

PARKER ASSOCIATES, an
unregistered Florida business
entity and J. CHRISTOPHER
PARKER, an individual,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte. Plaintiff filed this case on January 23, 2023. (Doc. 1). Since the case's filing, Plaintiff obtained a clerk's default against Defendants but has not moved for default judgment as required by Local Rule 1.10(c). Plaintiff's failure to prosecute this case has postured it for dismissal. See Local Rule 1.10(d).

Accordingly, after due consideration, it is

**ORDERED:**

On or before **December 22, 2023**, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of December, 2023.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties