UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:23-cv-83-BJD-PDB

DPG MEDIA BV, a foreign entity;
COPYTRACK GmbH, a foreign
entity; and PRO SHOTS PHOTO
AGENCY BV, a foreign entity,

    Plaintiffs,

v.

PARKER ASSOCATIATES, an
unregistered Florida business entity; and
J. CHRISTOPHER PARKER, an
individual,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiffs hereby voluntarily dismiss *without* prejudice all claims against all Defendants.

Date: May 1, 2023

Respectfully submitted,

By:   */s/ A. Robert Weaver*
      **THE BRICKELL IP GROUP, PLLC**
      **Arthur Robert Weaver, Trial Counsel**
      Fla. Bar No. 92132
      Email: rweaver@brickellip.com
      400 North Tampa Street, 15th Floor
      Tampa, FL, 33602
      Tel: 813-278-1358

*Counsel for Plaintiffs*