UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DPG MEDIA BV, a foreign entity,
COPYTRACK GmbH, a foreign
entity, and PRO SHOTS PHOTO
AGENCY BV, a foreign entity,

      Plaintiffs,

v.

      Case No.: 3:23-cv-83-BJD-PDB

PARKER ASSOCIATES, an
unregistered Florida business entity
and J. CHRISTOPHER PARKER,
an individual,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal (Doc. No. 13; Notice) filed on December 20, 2023. In the Notice, Plaintiffs request dismissal of this case without prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 7th day of May, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*