AO 121 (6/90)

| TO: | | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✖ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| DOCKET NO.<br>3:23-cv-83-BJD-PDB | DATE FILED<br>January 23, 2023 | 801 N Florida Avenue<br>Tampa, FL 33602 |

| PLAINTIFF | DEFENDANT |
|---|---|
| DPG MEDIA BV, et al. | PARKER ASSOCIATES, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>✖ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ✖ No | DATE RENDERED<br>May 7, 2024 |
|---|---|---|
| CLERK<br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br>Lisa Silvia | DATE<br>May 8, 2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DPG MEDIA BV, a foreign entity,
COPYTRACK GmbH, a foreign
entity, and PRO SHOTS PHOTO
AGENCY BV, a foreign entity,

      Plaintiffs,

v.

Case No.: 3:23-cv-83-BJD-PDB

PARKER ASSOCIATES, an
unregistered Florida business entity
and J. CHRISTOPHER PARKER,
an individual,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal (Doc. No. 13; Notice) filed on December 20, 2023. In the Notice, Plaintiffs request dismissal of this case without prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 7th day of May, 2024.

						_____
						BRIAN J. DAVIS
						United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*